**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN SIU,

      Plaintiff,

  v.

GOLDEN WEST FINANCIAL CORP.,

      Defendant.
_____/

No. C 06-07643 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

This case has been stayed pursuant to a stipulation of the parties.  This case also has been related to *Vinole v. World Savings, Inc.*, 06-5296-JSW.  The Court recently issued an order preliminarily approving a class settlement in the *Vinole* case, and has set that matter down for a final approval hearing on October 3, 2008.

The Court HEREBY ORDERS the parties in this action to file a joint status report on the impact of the settlement in the *Vinole* case on this case and the manner in which this case shall proceed in the event the Court grants final approval of the *Vinole* settlement.  The parties' joint status report shall be due on June 13, 2008.

**IT IS SO ORDERED.**

Dated: May 9, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE