1  GERALD D. WELLS III
   (admitted pro hac vice) (California State Bar # pending)
2  SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
   280 King of Prussia Road
3  Radnor, PA 19087
   Telephone: (610) 667-7706
4  Facsimile: (610) 667-7056

5  Attorney for Plaintiff RYAN SIU

6  MALCOLM A. HEINICKE (State Bar No. 194174)
   TYLER A. ROOZEN (State Bar No. 248669)
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
8  San Francisco, California 94105-2907
   Tel: (415) 512-4000; Facsimile: (415) 512-4077
9  Email: Malcolm.Heinicke@mto.com

10 Attorneys for Defendants GOLDEN WEST FINANCIAL
   CORPORATION; WORLD SAVINGS BANK, FSB; and
11 DOES 1 through 60, inclusive

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  RYAN SIU, on behalf of himself and all others similarly situated, | CASE NO. No. C 06-07643 JSW |
| 17  Plaintiff, | **JOINT REPORT ON STATUS OF *SIU v. GOLDEN WEST FINANCIAL CORP., et al.*, NO. C 06-07643 JSW;** |
| 18  vs. | |
| 19  GOLDEN WEST FINANCIAL CORPORATION; WORLD SAVINGS BANK, FSB; and DOES 1 through 60, inclusive, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT REPORT** |
| 20 | **Honorable Jeffrey S. White** |
| 21  Defendants. | **Related Case**: *Vinole v. World Savings, Inc., et al.*, Case No. CV 06-05296 JSW |

22

23

24

25

26

27

28

5283201.1 — - 1 - — JOINT REPORT AND [PROPOSED] ORDER ON STATUS OF CASE (CASE NO. C 06-7643)

| | |
|---|---|
| 1 | WHEREAS, on April 23, 2008, the Court issued an order granting preliminary |
| 2 | approval of a class action settlement in the case captioned *Vinole v. World Savings, Inc., et al.*, |
| 3 | Case No. CV 06-05296 JSW ("*Vinole*"). Shortly thereafter, on May 9, 2008, the Court ordered |
| 4 | the parties in the above captioned matter, *Siu v. Golden West Financial Corp.*, et al., No. C 06- |
| 5 | 07643 JSW, which is related to *Vinole*, to file a joint report explaining: (1) how the preliminarily- |
| 6 | approved settlement in the *Vinole* litigation will affect Mr. Siu's claims, and (2) the manner in |
| 7 | which Mr. Siu's case will proceed assuming the Court grants final approval of the *Vinole* |
| 8 | settlement; |
| 9 | WHEREAS, in response to the Court's May 9 order, the parties respond as |
| 10 | follows. Pursuant to the preliminarily approved-*Vinole* settlement, Plaintiff Ryan Siu will sign a |
| 11 | full and general release of all claims against Defendants, with the exception of claims enumerated |
| 12 | in his complaint that are predicated on alleged violations of the federal Fair Labor Standards Act; |
| 13 | WHEREAS, Plaintiff Siu and Defendants are currently in the process of |
| 14 | negotiating a possible dismissal of Plaintiff's action; |
| 15 | WHEREAS, the parties jointly and respectfully request an additional week to |
| 16 | complete this process; |
| 17 | NOW, THEREFORE, through their counsel, the parties stipulate to the entry of the |
| 18 | following order: |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | |
| 28 | |

1  The parties in the above captioned matter shall, no later than June 20, 2008, submit
2  a dismissal of the above captioned action or, in the alternative, provide a joint report explaining
3  the status of the case.
4
5  I, Tyler Roozen, attest that I have obtained concurrence from Gerry D. Wells in the
6  filing of this Joint Report, Stipulation and Proposed Order. *See* N.D. Cal. General Order 45 §
7  10(B).

DATED: June 13, 2008    SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP

By: /s/ Gerald D. Wells
        GERALD D. WELLS, III

Attorneys for Plaintiff
RYAN SIU

DATED: June 13, 2008    MUNGER, TOLLES & OLSON LLP

By: /s/ Tyler A. Roozen
        TYLER A. ROOZEN

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 16, 2008

_____
United States District Judge

5283201.1    - 3 -    JOINT REPORT AND [PROPOSED] ORDER
ON STATUS OF CASE (CASE NO. C 06-7643)