| | |
|---|---|
| 1 | GERALD D. WELLS III |
| | (admitted pro hac vice) (California State Bar# pending) |
| 2 | SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP |
| | 280 King of Prussia Road |
| 3 | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| 4 | Facsimile: (610) 667-7056 |
| 5 | Attorney for Plaintiff RYAN SIU |
| 6 | MALCOLM A. HEINICKE (State Bar No. 194174) |
| | TYLER A. ROOZEN (State Bar No. 248669) |
| 7 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street, 27th Floor |
| 8 | San Francisco, California 94105-2907 |
| | Tel: (415) 512-4000; Facsimile: (415) 512-4077 |
| 9 | Email: Malcolm.Heinicke@mto.com |
| 10 | Attorneys for Defendants GOLDEN WEST FINANCIAL |
| | CORPORATION; WORLD SAVINGS BANK, FSB; and |
| 11 | DOES 1 through 60, inclusive |

**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SIU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN WEST FINANCIAL CORPORATION; WORLD SAVINGS BANK, FSB; and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO. No. C 06-07643 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION**<br><br>**Honorable Jeffrey S. White**<br><br>**Related Case**: *Vinole v. World Savings, Inc., et al.*, Case No. CV 06-05296 JSW |

5327874.2      - 1 -      STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE NO. C 06-07643

1  WHEREAS, Plaintiff Ryan Siu brought this action alleging violations of the
2  federal Fair Labor Standards Act as well as California employment laws;

3  WHEREAS, this case was transferred to this Court and related to the pending
4  action, *Vinole v. World Savings, Inc., et al.*, Case No. CV 06-05296 JSW ("*Vinole*").

5  WHEREAS, on April 23, 2008, the Court issued an order granting preliminary
6  approval of a class action settlement in the overlapping *Vinole* case. Shortly thereafter, on May
7  9, 2008, the Court ordered the parties in the above captioned matter, *Siu v. Golden West Financial*
8  *Corp.*, et al., No. C 06-07643 JSW, which again is related to *Vinole*, to file, no later than July 13,
9  2008, a joint report explaining: (1) how the preliminarily-approved settlement in the *Vinole*
10 litigation will affect Mr. Siu's claims, and (2) the manner in which Mr. Siu's case will proceed
11 assuming the Court grants final approval of the *Vinole* settlement;

12 WHEREAS, on July 13, 2008, the parties filed a joint report explaining that the
13 parties were in the process of discussing a possible dismissal of Plaintiff's action and requested an
14 additional week to complete the process;

15 WHEREAS, on June 18, 2008, the Court ordered the parties to file, by June 20,
16 2008, either a dismissal of the above captioned action or, in the alternative, provide a joint
17 explanation regarding the status of the case;

18 WHEREAS, Plaintiff Siu and Defendants have now agreed that Plaintiff shall
19 dismiss without prejudice the above captioned matter;

20 WHEREAS, neither Plaintiff Siu nor his counsel will receive additional
21 compensation (beyond that set forth in the *Vinole* settlement) in exchange for this dismissal, and
22 this dismissal will by itself have no effect on any potential plaintiffs or putative class members
23 other than Plaintiff Siu;

24 ///
25 ///
26 ///
27 ///
28 ///

1  NOW, THEREFORE, the parties to this action, by and through their counsel of
2  record, hereby stipulate and request that the Court dismiss without prejudice the above captioned
3  matter pursuant to Federal Rule of Civil Procedure 41.

5  I, Tyler Roozen, attest that I have obtained concurrence from Gerald D. Wells, III
6  in the filing of this Stipulation and [Proposed] Order Re Dismissal of Action. *See* N.D. Cal.
7  General Order 45 § 10(B).

9  DATED: June 20, 2008            SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP

12                                 By: /s/ Gerald D. Wells III
                                        GERALD D. WELLS, III

                                   Attorneys for Plaintiff
                                   RYAN SIU

15 DATED: June 20, 2008            MUNGER, TOLLES & OLSON LLP

18                                 By: /s/ Tyler A. Roozen
                                        TYLER A. ROOZEN

                                   Attorneys for Defendants

23 PURSUANT TO STIPULATION, THE ABOVE-CAPTIONED MATTER IS DISMISSED
   WITHOUT PREJUDICE

25 Dated: June 23, 2008

                                   _____
                                   The Honorable Jeffrey S. White

5327874.2                          - 3 -        STIPULATION AND [PROPOSED] ORDER RE
                                                DISMISSAL OF CASE NO. C 06-07643